SCOTT J. HYMAN (State Bar No. 148709)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

DONALD J. QUERIO (State Bar No. 54367)
MARK D. LONERGAN (State Bar No. 143622)
LASZLO LADI (State Bar No. 265564)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE DIAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 2:14-CV-02151-TLN-KJN<br><br>**ORDER ON JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE** |

　　　　Pursuant to the stipulation of Michelle Dias ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") and good cause appearing:

　　　　1.　　The parties to this action shall submit this action to binding non-judicial arbitration;

　　　　2.　　The arbitration shall be conducted through JAMS or the American Arbitration Association, as more expressly provided in the Consumer Credit Card Customer Agreement and Disclosure Statement, which is the subject of the complaint filed in this action;

/ / /

1      3.    This action shall be STAYED in its entirety until the arbitration is completed.

2  IT IS SO ORDERED.

3  Dated: December 17, 2014

                  Troy L. Nunley
                  United States District Judge